UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE (ABINGDON) DIVISION

IN RE:

**RICHARD D. BAYS**                                CASE NO. **11-72355**

Debtor                                             Chapter 11

**GEORGE I. VOGEL, II, CHAPTER 11 TRUSTEE**
**IN BANKRUPTCY OF RICHARD D. BAYS**

Movant

**v.**

**RICHARD D. BAYS, DEBTOR, ET AL.,**

Respondents

## CONSENT ORDER

UPON Motion of Pels, Anderson LLC that this matter which is set for hearing by telephone conference call on January 28, 2014 at 2:00 p.m. be continued to a later date, and upon consent of the Chapter 11 Trustee, it is hereby ADJUDGED and ORDERED that this matter set for hearing by telephone conference call for January 28, 2014 at 2:00 p.m. be continued and shall be heard at the same date, time and place which shall hereafter be scheduled for the hearing on confirmation of the Chapter 11 Trustee's Amended Plan of Liquidation.

The Trustee shall mail or electronically transmit a copy of this order to the Debtor, to counsel for the Debtor and to the Office of the United States Trustee.

ENTER: January 28, 2014

*Rebecca B. Connelly*

U.S. BANKRUPTCY JUDGE

I request this order:

/S/ LAWRENCE J. ANDERSON
Lawrence J. Anderson, Esquire
Pels & Anderson, L.L.C.
4905 Delray Avenue
Suite 507
Bethesda, MD 20814
lja@pallaw.com
Counsel for Richard D. Bays and in its own behalf


SEEN AND CONSENTED:

/S/ GEORGE I. VOGEL, II
George I. Vogel, II, Trustee
Vogel & Cromwell, L.L.C.
P. O. Box 18188
Roanoke, Virginia 24014
gvogel@vogelandcromwell.com